Louis Freudenberg and Another, Copartners, Doing Business under the Firm Name and Style of Freudenberg & Mattuck, Respondents, v. Rainbow Lumi-

NOUS PRODUCTS, INC., and Another, Appellants.— Order denying defendants' motion to require the county clerk of Kings county to receive and enter a judgment affirmed, with ten dollars costs and disbursements. (See *Water Right & Electrical Co., Inc.*, v. *Rockland Light & Power Co.* [*post*, p. 739], decided herewith.) Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.